FILED
CLERK, U.S. DISTRICT COURT
6/26/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00258-JAK |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 846: Attempt to Distribute Fentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl] |
| NICHOLAS TULLOS, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

On or about January 13, 2019, in Los Angeles County, within the Central District of California, defendant NICHOLAS TULLOS knowingly and intentionally attempted to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about January 31, 2019, in Los Angeles County, within the Central District of California, defendant NICHOLAS TULLOS knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN NELSON
Assistant United States Attorney
Acting Deputy Chief,
General Crimes Section

MARINA A. TORRES
Assistant United States Attorney
International Narcotics, Money Laundering, & Racketeering Section